Andrew UNGER, Jr., v. STATE. (No. 8060.) (Court of Criminal Appeals of Texas. April 2, 1924.) Appeal from District Court, Knox County; J. H. Milam, Judge. D. J. Brookreson, of Benjamin, and J. S. Kendall, of Munday, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. Manufacturing liquor is the offense; punishment fixed at confinement in the penitentiary for one year. The appellant, a bachelor, about 40 years of age, resided with his father and mother, and was engaged in farming. Officers visited the premises and found 16 bottles and 4 half gallon fruit jars filled with corn whisky, which were secreted in different parts of the house, some between the beds, some in trunks, and some in other parts of the house. A quantity of mash was found in the cellar and a tent adjacent to the house. A still was found upon the premises, which was suitable for the manufacture of whisky. Such was the nature of the mash. A quantity of so-called "choc beer" was found, and empty fruit jars were also on hand. Appellant testified in his own behalf, and said that he first saw the still at the home of Paul Unger, a relative; that it was brought to his premises by a man named Wilde. According to the appellant's testimony, he never connected the still or used it in making whisky. The mash was used for the purpose of making "soft drinks." Paul Unger had gone to Mexico before the appellant was arrested. Appellant did not know that the whisky was there until it was brought there by Paul Unger. Circumstances indicated that whisky was in the process of manufacture when the officers reached there. No questions save the sufficiency of the evidence are presented for review. Whether the offense was committed was, under the facts,. a question for the jury to solve. The judgment is affirmed.

---

Sidney WELK v. STATE. (No. 8097.) (Court of Criminal Appeals of Texas. Jan. 16, 1924. Rehearing Denied March 26, 1924.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. W. W. Nelms, of Dallas, for appellant. Shelby S. Cox, Crim. Dist. Atty., of Dallas, and Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the unlawful manufacture of whisky. Punishment, two years in the penitentiary. This is a companion case to Belcher v. State (No. 8092) 258 S. W. 815, this day decided. The facts and the questions of law are identical. The purported bill of exception relative to examination of jurors bears the same notation by the learned trial judge as the bill to the same proceeding in the Belcher Case. For the same reasons given in the opinion in that case, the judgment here must be affirmed; and it is so ordered.

On Motion for Rehearing.

Appellant's motion for rehearing is overruled for the same reasons given for overruling a similar motion in Belcher v. State, No. 8092, opinion on rehearing March 5th, 1924 (Tex. Cr. App.) 258 S. W. 815.

Jesse YELL v. STATE. (No. 8611.) (Court of Criminal Appeals of Texas. April 2, 1924.) Appeal from District Court, Guadalupe County; Lester Holt, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Guadalupe county of burglary, and his punishment fixed at two years in the penitentiary. The record is before us without bills of exception or statement of facts. The charge of the court is in conformity with law, and the indictment charges the offense. No error appearing, an affirmance must be ordered.

---

Harry H. ZACK v. STATE. (No. 8175.) (Court of Criminal Appeals of Texas. March 12, 1924. Rehearing Denied April 16, 1924.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. Appellant, pro se, on rehearing. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in criminal district court No. 2 of Dallas county of selling intoxicating liquor, and his punishment fixed at two years in the penitentiary. The record is before us without any bills of exception. We have examined the facts as given in testimony, and they are amply sufficient to support the conclusion of guilt arrived at by the jury. No error appearing, an affirmance will be ordered.

---

M. E. EDDLEMAN v. S. E. BROWN. (No. 1629.) (Court of Civil Appeals of Texas. El Paso. April 10, 1924.) Appeal from District Court, Mitchell County; W. P. Leslie, Judge. L. W. Sandusky, of Colorado, Tex., for appellant. Thos. J. Coffee, of Colorado, Tex., for appellee.

HIGGINS, J. This appeal was filed in the Court of Civil Appeals at Fort Worth on August 23, 1923, and thereafter transferred to this court and submitted in this court on April 3, 1924. Up to the date of submission, no briefs had been filed by appellant. Appellee has filed a motion to dismiss the appeal because of appellant's failure to file briefs. The motion is granted, and the appeal dismissed.